# EXHIBIT A

Not you?

X

Double check you entered the correct ID on the previous screen. If you are having issues with your account, please contact your HR representative or supervisor.

Not you?

X

Double check you entered the correct ID on the previous screen. If you are having issues with your account, please contact your HR representative or supervisor.



3NI Science. Applied to Life." — X

@AccountV

Sign In

BCOM NOT DEFINED

  @Account  v



RTO

# Religious Accommodation Request Process Acknowledgement

Thank you for submitting your request to start the Religious Accommodation Process. Additional information, instruction and requests will be sent to you regarding next steps.

You will be receiving an email confirming this acknowledgement.

3NI

Legal
|
Privacy
|
HIPAA Privacy
|
DMCA
|
Accessibility Statement

© 3M 2021. All Rights Reserved.

The brands listed above are trademarks of 3M.

Not you?

X

Double check you entered the correct ID on the previous screen. If you are having issues with your account, please contact your HR representative or supervisor.

Not you?

X

Double check you entered the correct ID on the previous screen. If you are having issues with your account, please contact your HR representative or supervisor.



— X

@AccountV

Sign In

BCOM NOT DEFINED

@Account v

[3J

START OVER

## Contact information © *Not x.ou?*

**Name**

Tom Clobes

**Employee ID**

01337475

# Request for Sincerely Held Religious Accommodation from Vaccination Requirement

3M respects the religious beliefs and practices of all employees and is committed to complying with all laws protecting employees' religious beliefs, practices, and observances. When requested and as required by applicable law, 3M will provide an exemption/accommodation for employees' religious beliefs, practices, and observances, provided the requested accommodation is reasonable and does not create an undue hardship for the Company.

If you are requesting an accommodation related to a vaccination (including a COVID-19 vaccination) based on your sincerely held religious belief, practice, or observance, please, complete this form and submit. Please explain your religious belief, practice, or observance below and describe how these beliefs, practices or observances are contrary to the Federal vaccine requirement. This explanation should include enough detail for 3M to determine that these beliefs are sincerely held and consistently guide and influence your life. As with any documentation or information provided to 3M, you must provide truthful and accurate information at all times. 3M reserves the right to request additional information or documentation in support of your request for a religious accommodation, consistent with applicable law.

All fields on this form are required unless noted otherwise. **After 5 minutes of inactivity, this page will refresh and the session will start over.**

## Employee Contact Information (work or personal)

**Contact email address**

tjclobes@mmm.com

**Confirm email address by re-entering**

tjclobes@mmm.com

**Contact phone number**

320-583-5587

**Confirm phone number by re-entering**

320-583-5587

## Please answer the following {please do not use special characters like %, @, #, etc.):

**1.** Please specify the religious belief, practice, or observance that is the basis for your request for accommodation.

> I am requesting a religious exemption from 3M's mandate on the Covid-19 vaccine requirement based on my sincerely held beliefs. I have been a Christian my whole life and I follow the word of God. I listen to God in prayer and ask him to guide me in everything I do. I pray daily and read the word of God.
> Because of a personal family tragedy regarding vaccines in recent years I've prayed to God and his guidance has led me to hold a sincere and genuine belief this vaccine is a danger to my health and wellbeing. I will not be receiving this vaccine or any other vaccines in the future,

*1412 / 2000 choracters remaimflg*

2. Please state how your sincerely held religious belief, practice, or observance conflicts with the Federal vaccination mandate.

My sincerely held religious beliefs are protected as required by law Title VII of the US Civil Rights Act of 1964.
My decisions regarding vaccination will be between God the Almighty Father and myself.
I will continue to pray to God for help and guidance, he is my authority.

*1724 I 2000 characters remaining*

3. Please describe the spedfic accommodation(s) that you are requesting at this time, including an explanation of how the requested accommodation(s) will enable you to meet your religious obligations without impacting your ability to meet the required or essential functions of your job. Please include the duration of the accommodation needed.

I can continue to follow the same accommodations I have for the last several months.
Wearing a mask when I cannot socially distance and staying 6 feet apart. Cleaning my work area.
Not coming to work sick and staying healthy. None of these accommodations have prevented me from doing my job and staying safe throughout the pandemic.
Having the right to refuse medical treatment such as vaccinations will meet my religious obligations.
Permanent accommodation.

*1540/ 2000 characters remaining*

4. Please list any alternative accommodations that you believe will eliminate the conflict.

I spend the majority of my day working in my own workspace or working on projects for engineers or my supervisor. I will continue to keep my work area clean daily, socially distance and stay 6 feet apart, and wear a mask when someone comes into my workspace or if l leave my work area.
I will continue to monitor my health and I can do a temperature check before I leave home or use 3M's temperature retina scanner which worked well here for several months.
I previously had covid and had my antibodies checked recently and my antibodies are still high for short term and long term antibodies, l can continue to test.

*1382 I 2000 characters remaining*

5. If you have requested a religious accommodation before, please state approximately when the request was made, the name of the individual who responded to the request, and the outcome of the request.

I have never requested a religious accommodation before.

*1944 I 2000 characters remaining*

6. In the past 10 years, have you received any vaccination(s)?

@Yes    Q No

7. Does your job require you to report to a designated work location to perform you work activities?

@Yes    O No

8. Does your job require access to 3M equipment onsite (e.g., machinery, laboratory, office and administrative)?

@Yes    O No

9. Does your job require domestic travel?

O Yes    @No

10. Does your job require international travel?

O Yes    @ No

11. Does your job require you to have in-person meetings with customers, clients, vendors, or co-workers?

O Yes    @No

Management reserves its right to request additional information in support of your request for an accommodation and will comply with all applicable laws in determining whether it is able to accommodate your request without undue hardship to the Company.

I understand that although the specific accommodation I have requested may not be granted, the Company will attempt to provide a reasonable religious accommodation that does not create an undue hardship for 3M, if such an accommodation is available. I understand that any religious accommodation granted now may be reviewed periodically by 3M to ensure it is reasonable and does not create an undue hardship to the Company in the future. I understand that 3M prohibits retaliation for requesting a religious accommodation and that if I should have any concerns about retaliation, I will report them immediately to my supervisor, Human Resources or Ethics & Compliance.

By submitting this form, I hereby certify that the statements and information provided above and in furtherance of my request for a religious accommodation are based on my sincerely held religious beliefs, practices, and/or observances. I further certify the truth and accuracy of my statement on this form. I also certify that I am submitting this religious accommodation request for myself and not on behalf of another 3M employee or anyone else. I understand that any intentional misrepresentation contained in this request may result in disciplinary action, up to and including termination of employment.

Submit



Legal

Privacy

**HIPAA Privacy**

DMCA

.|

Accessibility Statement

© 3M 2021. All Rights Reserved.

The brands listed above are trademarks of 3M.