# EXHIBIT B

Dear Thomas ,

Thank you for submitting your request for religious accommodatfon from the COVID-19 vaccination requirement. We received your request on 11/19/2021.

We require additional information to evaluate your request. The questions we need you to answer are listed be!ow, You must respond to the questions in your own words by way of reply email. Do not attach documents to your reply email.

You are required to provide this information as soon as possible, and no later than 12/10/2021. If you fail to provide any information as required by this letter, this may provide independent grounds to deny your accommodation request.

Thank you for your diligence and understanding as we work together to stay safe during this COVID-19 pandemic. If you have any questions or concerns, please do not hesitate to contact HR Help.

3M Vaccination Accommodations

**Please provide responses to all of the questions below:**

Please explain what makes the COVID-19 vaccine different from the other vaccines you have not declined.
Answer: To be clear: I am notifying 3M of my legal Federal religious exemption based on my sincerely held religious beliefs. 3M is required to reasonably accommodate me so I am able to continue to work as I have during my career and the last 18 months at 3M without discrimination as required by law (Title VII of the US Civil Rights Act of 1964).
In the last 10 years I have only taken two vaccines and that was a flu shot from my employer in 2017 and 2018.
I'm not sure why I took that other than the constant coercion from 3M with emails and multiple daily announcements over the loud speaker.
Since that time our family experienced a devasting tragedy. On March Pt, 2019 our 6 month old granddaughter, Evee passed away from her 6 month vaccines. The 6 shots she received caused a cytokine storm and she passed away 36 hours after her vaccines. Over two years later our family carries tremendous grief and sadness.

After her passing OHN was very considerate to us regarding sending flu vaccination emails and apologized that we had to be included in that.
This past 18 months have been extremely hard getting the constant daily emails and loud speaker announcements regarding vaccines from 3M, our Site Director, and OHN. I have had to join a couple support groups for the stress it has caused me. A family friend and physician has stated we are likely dealing with PTSD.

I watch the required training of the OHN inject themselves with the covid vaccine and just watching that made me physically sick.
Again I am requesting a religious exemption from 3M's mandate on the covid vaccine requirement and any vaccine requirement based on my sincerely held religious beliefs. I have been a Christian my whole life and I pray and follow the word of God. Because of my personal family tragedy I have prayed to God and his guidance has Jed me to hold a sincere and genuine belief that this vaccine and any vaccine are a danger to my health and mental well-being.

When did you become a member of this organized religion/start practicing the religious belief that forms the basis of your RFA?
**Answer: I never stated in my original RE that I belong to an organized religion. I am a Christian and I was brought up from the time I was born as a Christian. I follow the teaching of God and the bible. My authority is God and my cannon is the bible. It has guided me in the principles I already submitted.**

Do you currently take or have you ever taken medications of any kind (over the counter or prescription)? (We are not asking you to reveal which medications you are taking.)
**Answer: I do not take any medications. I take organic vitamins and natural supplements, eat healthy, and believe in my immune system. I already have had covid and through testing I still have antibodies.**

When is the last time you took such medications?
**Answer: I do not take any medications.**

How is the COVID vaccine different from these medicines if at all?
**Answer: I do not take any medications, and the covid vaccine is an injection to alter my body.**

What about your religious belief prevents you from getting a COVID vaccine, but not taking other types of medicine?
**Answer: I do not take any medications and I have grown in my faith and I have learned about the ingredients in vaccines and the mechanisms of them and choose to no longer partake.**

Ref: ref:_00Dj01q3cM._5005b1I9jcg:ref