# EXHIBIT C

**Tom Clobes**

| | |
|---|---|
| From: | Tom Clobes |
| Sent: | Friday, December 3, 2021 1:13 PM |
| To: | Vaccine_Accommodation@mmm.com |
| Cc: | Anthony Monteforte; Betsy Czmowski; Scott Lemke |
| Subject: | RE: Religious Accommodation Follow Up Questions |

To whom it may concern,

I am copying Hutchinson Plant HR Manager, Hutchinson Site Director, and OHN in my responses. They are aware of the death of my granddaughter on March 1[1], 2019, and her death was caused by her 6 month vaccines which caused a cytokine storm and she passed away 36 hours later.

You can follow up with them for proof of that. I know that I do not have to share this information and that none of you have any bearing on the approval of my exemption.

I am just legally covering myself.


From: Vaccine_Accommodation@mmm.com <vaccine_accommodation@mmm.com>
Sent: Friday, December 3, 2021 9:01 AM
To: Tom Clobes <tjclobes@mmm.com>
Cc: vaccine_accommo_dation@mmm.com
Subject: Religious Accommodation Follow Up Questions