AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.    0:23-CV-00158-NEB-DTS

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for  **3M Company**
was recieved by me on  **2/02/2023:**

☐    I personally served the summons on the individual at *(place)*  on *(date)* ; or

☐    I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☒    I served the summons on **Christine Olund**, who is designated by law to accept service of process on behalf of **3M Company 02/06/2023**; or

☐    I returned the summons unexecuted because ; or

☐    Other *(specify)*

My fees are $ 0 for travel and **$ 85.00** for services, for a total of **$ 85.00**.

I declare under penalty of perjury that this information is true.

Date:  02/06/2023

*Charlotte Minogue* (signature)
*Server's signature*

**Charlotte Minogue**
*Printed name and title*

**1628 Eustis Street
5B
Lauderdale, MN 55108**

*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents to Christine Olund who indicated they were the person authorized to accept with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a red-headed white female contact 35-45 years of age, 5'8"-5'10" tall and weighing 140-160 lbs with glasses.**



Tracking #: **0100686213**

