UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Thomas Clobes,<br><br>      Plaintiff,<br><br>v.<br><br>3M Company,<br><br>      Defendant. | Case No. 0:23-cv-00158-NEB-DTS<br><br>**DEFENDANT'S CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant 3M Company ("3M") states that its shares are publicly traded. 3M does not have a parent corporation, nor does any publicly held corporation own 10 percent or more of 3M's stock.

Dated: February 27, 2023

Respectfully submitted,

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P. C.

*/s/ Patrick R. Martin*
Patrick R Martin, MN #259445
Nathan T. Boone, MN #0398989
Capella Tower
225 South Sixth Street, Suite 1800
Minneapolis, MN  55402
Telephone:  612-339-1818
Facsimile:  612-339-0061
pat.martin@ogletree.com
nathan.boone@ogletree.com

*Attorneys for Defendant 3M Company*

55232361.v1-Ogletree