## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Thomas Clobes,<br><br>             Plaintiff,<br><br>v.<br><br>3M Company,<br><br>             Defendant. | Case No. 0:23-cv-00158-NEB-DTS<br><br>**DEFENDANT'S MOTION TO DISMISS** |

Pursuant to Federal Rules of Civil Procedure 12(b)(6), Defendant 3M Company ("3M" or "Defendant") will move this Court to dismiss the case with prejudice, as well as such other relief as the Court deems just and equitable (the "Motion").

The grounds in support of this Motion are fully set forth in the Memorandum of Law and all pleadings and papers on file in this action, together with such additional oral arguments presented in connection with the hearing on the Motion.

Dated: February 27, 2023

Respectfully submitted,

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P. C.

*/s/ Patrick R. Martin*
Patrick R Martin, MN #259445
Nathan T. Boone, MN #0398989
Capella Tower
225 South Sixth Street, Suite 1800
Minneapolis, MN  55402
Telephone:  612-339-1818
Facsimile:  612-339-0061
pat.martin@ogletree.com
nathan.boone@ogletree.com

***Attorneys for Defendant 3M Company***

55207998.v1-OGLETREE

2