## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Thomas Clobes,<br><br>       Plaintiff,<br><br>v.<br><br>3M Company,<br><br>       Defendant. | Case No. 0:23-cv-00158-NEB-DTS<br><br>**NOTICE OF HEARING ON DEFENDANT'S MOTION TO DISMISS** |

TO:    Plaintiff Thomas Clobes, and his attorneys, Francis Herbert White III, FRANCIS WHITE LAW, PLLC, 8362 Tamarack Village, Suite 119-220, Woodbury, MN 55125; and Robert Barnes and Lexis Anderson, BARNES LAW, 700 South Flower Street, Suite 1000, Los Angeles, California 90017.

PLEASE TAKE NOTICE that on the 10th day of April, 2023 at 10:00 a.m., before the Honorable Nancy E. Brasel, Courtroom 13W, United States District Court, 300 South Fourth Street, Minneapolis, MN 55415, Defendant 3M Company will move to dismiss the case with prejudice, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, as well as such other relief as the Court deems just and equitable.

Dated:  February 27, 2023	Respectfully submitted,

                                                    OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P. C.

*/s/ Patrick R. Martin*
Patrick R Martin, MN #259445
Nathan T. Boone, MN #0398989
Capella Tower
225 South Sixth Street, Suite 1800
Minneapolis, MN  55402
Telephone:  612-339-1818
Facsimile:  612-339-0061
pat.martin@ogletree.com
nathan.boone@ogletree.com

**Attorneys for Defendant 3M Company**

55208217.v1-Ogletree

2