# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Thomas Clobes,<br><br>    Plaintiff,<br><br>v.<br><br>3M Company,<br><br>    Defendant. | Case No. 0:23-cv-00158-NEB-DTS<br><br>**DEFENDANT'S RULE 7.1 CERTIFICATE OF WORD COUNT COMPLIANCE** |

I, Patrick R. Martin, certify that Defendant's Memorandum of Law in Support of Its Motion to Dismiss ("Memorandum") complies with Local Rule 7.1, as it contains 3,677 words.

I further certify that, in preparation of this Memorandum, I used Microsoft Office 2016 and Microsoft Word 2016, and that this word processing program has been applied specifically to include all text, including headings, footnotes, and quotations in the word count.

Dated:  February 27, 2023

Respectfully submitted,

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P. C.

*/s/ Patrick R. Martin*
Patrick R Martin, MN #259445
Nathan T. Boone, MN #0398989
Capella Tower
225 South Sixth Street, Suite 1800
Minneapolis, MN  55402
Telephone:  612-339-1818
Facsimile:  612-339-0061
pat.martin@ogletree.com
nathan.boone@ogletree.com

**Attorneys for Defendant 3M Company**

55208551.v1-Ogletree

2