# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Thomas Clobes,<br><br>       Plaintiff,<br><br>v.<br><br>3M Company,<br><br>       Defendant. | Case No. 0:23-cv-00158-NEB-DTS<br><br>**DEFENDANT'S<br>MEET AND CONFER STATEMENT** |

I, Patrick R. Martin, represent Defendant 3M Company in this matter. Under Local Rule 7.1, I satisfied the meet and confer requirement on February 23, 2022 by requesting that Plaintiff dismiss his claims under Rule 12(b)(6). Opposing counsel responded that Plaintiff will not dismiss. Accordingly, the parties have been unable to resolve this issue and, therefore, it is necessary to submit Defendant's Motion to Dismiss to the Court.

Dated: February 27, 2023

Respectfully submitted,

OGLETREE, DEAKINS, NASH, SMOAK
& STEWART, P. C.

*/s/ Patrick R. Martin*
Patrick R Martin, MN #259445
Nathan T. Boone, MN #0398989
Capella Tower
225 South Sixth Street, Suite 1800
Minneapolis, MN  55402
Telephone:  612-339-1818
Facsimile:  612-339-0061
pat.martin@ogletree.com
nathan.boone@ogletree.com

*Attorneys for Defendant 3M Company*

55208732.v1-OGLETREE