# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Thomas Clobes,<br><br>    Plaintiff,<br><br>v.<br><br>3M Company,<br><br>    Defendant. | Case No. 0:23-cv-00158-NEB-DTS<br><br>**[PROPOSED]**<br>**ORDER OF DISMISSAL WITH PREJUDICE** |

The above-captioned matter came on for hearing before the undersigned pursuant to Defendant 3M Company ("3M" or "Defendant") Motion to Dismiss ("Motion") (Doc. No. 11).

Based on the file and all the records and proceedings in this action, and on the arguments of counsel and Plaintiff, **IT IS HEREBY ORDERED** that:

1.   Defendant's Motion is **GRANTED** in its entirety.

2.   Plaintiff's Complaint [Doc. No. 1] is **DISMISSED WITH PREJUDICE**

LET JUDGMENT BE ENTERED ACCORDINGLY.


Dated: _____          _____
                                         Nancy E. Brasel
                                         United States District Judge


55208950.v1-Ogletree