# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| THOMAS CLOBES, | ) | |
| an individual, | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | Case No.: 0:23-cv-00158-NEB-DTS |
| v. | ) | |
| | ) | |
| 3M COMPANY, | ) | **PLAINTIFF'S RULE 7.1** |
| | ) | **CERTIFICATE OF WORD** |
| | ) | **COUNT COMPLIANCE** |
| *Defendant.* | ) | |
| _____ ) | | |

I, Lexis Anderson, certify that Plaintiff's Memorandum of Law in Opposition to Defendant's Motion to Dismiss complies with Local Rule 7.1(f), as it contains 2,230 words.

I further certify that, in preparation of this Memorandum, I used Microsoft Word 2022, and that this word processing program has been applied specifically to include all text, including headings, footnotes, and quotations in the word count.

DATED: March 27, 2023

Respectfully submitted,

*/s/ Lexis Anderson*

Lexis Anderson, Esq.
Texas Bar No. 24127016
*Admitted pro hac vice*
Robert Barnes, Esq.
Tennessee BPR No. 020617
*Admitted pro hac vice*

BARNES LAW
700 South Flower Street, Suite 1000
Los Angeles, California 90017
Telephone: (310) 510-6211
Email: lexisanderson@barneslawllp.com
Email: robertbarnes@barneslawllp.com

Francis Herbert White III, Esq.
Minn. Atty. #0396779
Francis White Law, PLLC
8362 Tamarack Village, Suite 119-220
Woodbury, MN 55125
(651) 829-1431 (office)
francis.white@franciswhitelaw.com

**Counsel for Plaintiff**
**THOMAS CLOBES**