## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Thomas Clobes,<br><br>       Plaintiff,<br><br>v.<br><br>3M Company,<br><br>       Defendant. | Case No. 0:23-cv-00158-NEB-DTS<br><br>**DEFENDANT'S SUPPLEMENTAL RULE 7.1 CERTIFICATE OF WORD COUNT COMPLIANCE** |

I, Patrick R. Martin, certify that Defendant's Reply Memorandum in Support of Its Motion to Dismiss complies with Local Rule 7.1, as it contains 2,837 words. Defendant's initial Memorandum and Reply Memorandum cumulatively contain 6,514 words.

I further certify that, in preparation of these memoranda, I used Microsoft Office 2016 and Microsoft Word 2016, and that this word processing program has been applied specifically to include all text, including headings, footnotes, and quotations in the word count.

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P. C.

Dated: April 10, 2023

*/s/ Patrick R. Martin*
Patrick R Martin, MN #259445
Nathan T. Boone, MN #0398989
Capella Tower
225 South Sixth Street, Suite 1800
Minneapolis, MN  55402
Telephone:  612-339-1818
Facsimile:  612-339-0061
pat.martin@ogletree.com
nathan.boone@ogletree.com

**Attorneys for Defendant 3M Company**

55747777.v1-OGLETREE