IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

# CIVIL MOTION HEARING

| | |
|---|---|
| THOMAS CLOBES, *an individual,*<br><br>               Plaintiff,<br> v.<br><br>3M COMPANY,<br><br>               Defendant. | COURTROOM MINUTES - CIVIL<br>BEFORE: Nancy E. Brasel<br>           U.S. District Judge<br><br>Case No:            23-cv-158 (NEB/DTS)<br>Date:                 April 20, 2023<br>Court Reporter:  Renee Rogge<br>Courthouse:       Minneapolis<br>Courtroom:        13W<br>Time Commenced: 1:30 p.m.<br>Time Concluded:  2:05 p.m.<br>Time in Court:     35 minutes |

Motion Hearing on:  **Motion to Dismiss [11]**

   Plaintiff:     Lexi Anderson
   Defendant:  Patrick Martin

PROCEEDINGS:

The motion to dismiss was moved, argued and granted without prejudice for the reasons stated on the record. The Court denies Plaintiff's request to amend the complaint for the reasons stated on the record. Short written order to follow.


Date: April 20, 2023                              s/Kristine Wegner
                                                             Courtroom Deputy to Judge Nancy E. Brasel