## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| THOMAS CLOBES, | Case No. 23-CV-158 (NEB/DTS) |
| Plaintiff, | |
| v. | ORDER ON MOTION TO DISMISS |
| 3M COMPANY, | |
| Defendant. | |

Based on the reasons stated on the record at the hearing held today, IT IS HEREBY ORDERED THAT:

1. 3M's Motion to Dismiss is GRANTED.

2. This case is DISMISSED WITHOUT PREJUDICE.

3. Plaintiff's request to amend the complaint is DENIED.

LET JUDGMENT BE ENTERED.

Date: April 20, 2023

s/Nancy E. Brasel  
Nancy E. Brasel  
United States District Judge