# UNITED STATES DISTRICT COURT
### District of Minnesota

Thomas Clobes,                                        **JUDGMENT IN A CIVIL CASE**

               Plaintiff,

v.                                                 Case Number: 23-cv-158 (NEB/DTS)

3M Company,

               Defendant.

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. 3M's Motion to Dismiss is GRANTED.

2. This case is DISMISSED WITHOUT PREJUDICE.

3. Plaintiff's request to amend the complaint is DENIED.

Date: 4/21/2023                                                       KATE M. FOGARTY, CLERK