UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| THOMAS CLOBES,<br>an individual,<br><br>  *Plaintiff,*<br><br>v.<br><br>3M COMPANY,<br><br>  *Defendant.* | )<br>)<br>)<br>)<br>) Case No. 0:23-cv-00158-NEB-DTS<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF APPEAL**

**PLEASE TAKE NOTICE** that Plaintiff Thomas Clobes hereby appeals to the United States Court of Appeals for the Eighth Circuit from the final judgment Order on Motion to Dismiss entered in this action on April 20, 2023 [Doc. No. 21].

Dated: May 20, 2023      Respectfully submitted,

                /s/ Lexis Anderson

                Lexis Anderson, Esq.
                *Admitted pro hac vice*
                Texas Bar No. 24127016
                Robert E. Barnes, Esq.
                Tennessee BPR No. 020617
                *Admitted pro hac vice*
                BARNES LAW
                700 South Flower Street, Suite 1000
                Los Angeles, California 90017
                Telephone: (310) 510-6211
                Facsimile: (310) 510-6225
                Email: lexisanderson@barneslawllp.com
                Email: robertbarnes@barneslawllp.com

                Francis Herbert White III, Esq.
                Minn. Atty. #0396779

Francis White Law, PLLC
8362 Tamarack Village, Suite 119-220
Woodbury, MN 55125
(651) 829-1431 (office)
francis.white@franciswhitelaw.com

Attorneys for Plaintiff THOMAS CLOBES

2

## CERTIFICATE OF SERVICE

I certify that on this 20th day of May 2023 the foregoing Notice of Appeal was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/Lexis Anderson*

Lexis Anderson