

# UNITED STATES DISTRICT COURT DISTRICT OF MINNESOTA

| **Warren E. Burger Federal Building and U.S. Courthouse** | **Diana E. Murphy U.S. Courthouse** | **Gerald W. Heaney Federal Building and U.S. Courthouse and Customhouse** | **Edward J. Devitt U.S. Courthouse and Federal Building** |
|---|---|---|---|
| 316 North Robert Street Room 100 St. Paul, MN 55101 | 300 South Fourth Street Room 202 Minneapolis, MN 55415 | 515 West First Street Duluth, MN 55802 | 118 South Mill Street Fergus Falls, MN 56537 |

## TRANSMITTAL OF APPEAL

Date:   5/23/23

To:   U.S. COURT OF APPEALS, 8TH CIRCUIT

From:   Katie T., U.S. District Court-Minnesota

In Re:   District Court Case No. 23-cv-158 NEB/DTS
Eighth Circuit Case No.:  Unassigned
Case Title:  Clobes v 3M Company

The statutory filing fee has:
☒ been paid, receipt number: AMNDC-10288690
☐ not been paid as of
   IFP   ☐ is   ☐ is not pending
☐ been waived because:
   ☐ Application for IFP granted   ☐ USA filed appeal

Length of Trial:  N/A

Was a court reporter utilized?   ☒ Yes   ☐ No
   If yes, please identify the court reporter: Renee Rogge